# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REAPPOINTMENT TO | : | NO. 466 |
| | : | |
| CRIMINAL PROCEDURAL | : | CRIMINAL PROCEDURAL RULES |
| | : | |
| RULES COMMITTEE | : | DOCKET |

## O R D E R

**PER CURIAM:**

AND NOW, this 31st day of December, 2015, Steven Stadtmiller, Esquire, Allegheny County, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term of three years commencing January 1, 2016.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.